UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-3350 FFM | Date | July 30, 2015 |
|---|---|---|---|
| Title | MEREDITH FELTON MILLER v. NATIONSTAR MORTGAGE LLC , BANK OF AMERICA, NATIONAL ASSOCIATION and DOES 1-50 | | |

| Present: The Honorable | 'Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**     (IN CHAMBERS) ORDER RE DEFENDANT BANK OF AMERICA'S MOTION TO DISMISS

   Given plaintiff's filing of a First Amended Complaint, the motion of defendant Bank of America, N.A. to dismiss the Complaint is DENIED as moot.

   IT IS SO ORDERED.

                                                                                              _____ : _____
                                                            Initials of Preparer         JM