UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-3350 FFM | Date | August 12, 2015 |
|---|---|---|---|
| Title | MEREDITH FELTON MILLER v. NATIONSTAR MORTGAGE LLC , BANK OF AMERICA, NATIONAL ASSOCIATION and DOES 1-50 | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendants:

None Present                                           None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The parties are ordered to show cause in writing no later than September 1, 2015, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the Joint Report pursuant to the Court's June 8, 2015 Case Management Order as an appropriate response to this OSC, on or before the above date.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the imposition of sanctions.

IT IS SO ORDERED.

                                                                                                    : 
                                                                         Initials of Preparer         JM