Marie G. Quashnock (SBN 153567)
marie@aqalegal.com
**ALVIS QUASHNOCK AND ASSOCIATES, a PC**
613 First Street, Suite 202
Brentwood, CA 94513
Telephone: (925) 516-1617
Facsimile: (925) 775-7008

Attorneys for Plaintiff
MEREDITH FELTON MILLER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEREDITH FELTON MILLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC; BANK OF AMERICA, NATIONAL ASSOCIATION; and DOES 1-50,<br><br>Defendants. | Case No. 2:15-cv-03350-FFM<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Based upon the Amended Notice of Voluntary Dismissal filed by the Plaintiff on September 6, 2016 and good cause appearing,

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice.

DATED: October 14, 2016

                              **/S/ FREDERICK F. MUMM**
                              FREDERICK F. MUMM
                              United State Magistrate Judge